UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEEGAN,<br>　　　　　　Plaintiff(s),<br>　v.<br>ESTELA DERR,<br>　　　　　　Defendant(s). | CASE NO. C23-1094-KKE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke (Dkt. No. 8), the remaining record, and having not received any objections, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 8);

(2) Petitioner's habeas corpus petition is DENIED as moot;

(3) Petitioner's action is DISMISSED; and

(4) The Clerk is directed to send copies of this Order and corresponding Judgment to Petitioner and Judge Fricke.

Dated this 22nd day of March, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1